*Monday, January 25, 1999*

## MOTION DOCKET

**98–403. Sheet Metal Workers' Internatl. Assn., Local Union No. 33 v. Mohawk Mechanical, Inc.**
Knox App. No. 97CA13. This cause is pending before the court as an appeal from the Court of Appeals for Knox County. Upon consideration of the motion of *amicus curiae*, Ohio State Building and Construction Trades Council, AFL–CIO, for leave to participate in oral argument currently scheduled for January 27, 1999,

IT IS ORDERED by the court that the motion of *amicus curiae*, Ohio State Building and Construction Trades Council, AFL–CIO, for leave to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellant.

**98–726. State v. Jackson.**
Franklin C.P. No. 97CR041902. This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.

**98–913. State v. Green.**
Lucas C.P. No. 971450. This cause is pending before the court as an appeal from the Court of Common Pleas of Lucas County. Upon consideration of appellant's motion to unseal record,

IT IS ORDERED by the court that the motion to unseal record be, and hereby is, granted.